UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08521-JAK-ASx | Date | November 16, 2026 |
| Title | Andrew Gu v. Ducenta Squared Asset Management et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jeffrey Atteberry<br>Nilay Vora | Tyler Rasmussen |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE (DKT. 9)**

**DEFENDANT'S MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF FLORIDA (DKT. 10)**

The motion hearing is held. The Court states its tentative views that it is inclined to **GRANT** Plaintiff's Motion to Remand (Dkt. 9) and **DENY AS MOOT** Defendant's Motion to Transfer Venue (Dkt. 10). Counsel address the Court. The Court takes both motions under submission, and rulings on each will be issued.

Counsel are instructed to file a status report if the United States Bankruptcy Court for the Southern District of Florida issues a ruling on Plaintiff's Motion for Relief from Automatic Stay while this matter is under submission.

**IT IS SO ORDERED.**

: 34

Initials of Preparer mal